**EXHIBIT 2:** INFRINGEMENT# 1

