

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_\_8/4/22\_\_\_\_\_

August 3, 2022

<u>*Via ECF and E-mail*</u>
Hon. Andrew Lamar Carter Jr.
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

    Re:    *Robert Barbera v. Hesperios Inc.*
                Docket No: 1:22-cv-03072-ALC

Dear Judge Carter:

    We are the attorneys for Robert Barbera ("*Plaintiff*") in this matter. Pursuant to Paragraph 1(D) of Your Honor's Individual Practices, Plaintiff respectfully moves this Court for a further (30) day extension of time until September 2, 2022, for Plaintiff to file its motion for final default judgment against Hesperios, Inc. ("*Defendant*").

    In support of this Motion, Plaintiff includes the following:

(1) the original due date for Defendant's answer to Plaintiff's complaint was May 20, 2022 as result of Plaintiff's service of process upon the Office of the Secretary of State of New York (Dkt. No. 7);

(2) Plaintiff requested and the Clerk of Court notated a default against Defendant on June 14, 2022 (Dkt No. 10)

(3) this is Plaintiff's first request for an extension of time;

(4) good cause exists for Plaintiff's request as, given the Court's preferred and general interest in resolving matters on the merits, Plaintiff has made multiple attempts to contact Defendant to notify Defendant of the pendency of the action and to engage in discussions as to settlement;

(5) despite Plaintiff's outreach, Defendant has yet to respond or appear in this action but in the interest of conserving judicial resources, Plaintiff makes this request to provide



for additional time for Plaintiff continue it outreach attempts to entice Defendant to either appear, via counsel, or engage in settlement discussions.

The requested extension will not affect any other scheduled dates, is made in good faith and not for purposes of delay, and granting this extension of time will not prejudice any party to this matter.

Thank you for your consideration of this request.

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

8/4/22

Respectfully submitted,

/s *Craig B. Sanders*
Craig B. Sanders
*Counsel for Plaintiff*