**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ROBERT BARBERA,** | |
| Plaintiff, | 22-cv-3072 (ALC) |
| -against- | **DEFAULT JUDGMENT** |
| **HESPERIOS INC.,** | |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff Robert Barbera brings this action against Defendant Hesperios Inc. ("Defendant") seeking damages for copyright infringement pursuant to 17 U.S.C. § 501 *et seq.* The Clerk of Court entered a Certificate of Default on June 14, 2022. (ECF No. 10.) Plaintiff moved for default judgment on October 7, 2022. (ECF Nos. 16–19.)

On January 27, 2023, the Court issued an Order to Show Cause why an order pursuant to Fed. R. Civ. P. 55 entering default judgment should not issue. (ECF No. 21.) Defendant was advised that failure to respond to the Order to Show Cause would be grounds for granting a default judgment in Plaintiff's favor. To date, Defendant has not responded to the Order to Show Cause or otherwise participated in this action.

Accordingly, having considered the Memorandum of Law and Affidavit of Craig B. Sanders in support of the motion for default judgment, the Summons and Complaint previously filed in this action, and the affidavits of service thereof, it is hereby **ORDERED** that judgment be entered in Plaintiff's favor against Defendant on all counts in Plaintiff's Complaints as to liability.

**SO ORDERED.**

**Dated: July 6, 2023**
    **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**