USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/25/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Robert Barbera, <br><br> Plaintiff, <br><br> v. <br><br> Hesperios Inc., <br><br> Defendant. | Case No. 1:22-cv-03072-ALC |

## DEFAULT JUDGMENT

**WHEREAS**, this matter came before the Court on plaintiff Robert Barbera ("*Plaintiff*")'s application for entry of default judgment against defendant Hesperios Inc. ("Defendant") under Rule 55(b) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS**, Plaintiff filed his application for entry of default judgment seeking $23,150.00 in statutory damages for copyright infringement, $3,237.50 in attorneys' fees, and $442.00 in costs plus interest.

**WHEREAS**, Defendant has not filed any opposition to Plaintiff's application for default judgment. By Order to Show Cause, the Court scheduled a deadline for Defendant to oppose the motion and Defendant failed to appear or otherwise oppose the motion.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

- 2 -

     **FURTHER ORDERED** that Defendant shall pay $23,150.00 in statutory damages under 17 U.S.C. § 504(c); it is

     **FURTHER ORDERED** that Defendant shall pay $3,237.50 in attorneys' fees and $442.00 in costs pursuant to 17 U.S.C. § 505; it is

     **FURTHER ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store and/or display Plaintiff's Photograph

     **FURTHER ORDERED**, that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

     **FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

     **FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. See FED. R. APP. P. 4(a).

Dated: 8/25/2023                                               **SO ORDERED.**

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE